IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CYNTHIA D. DURRETT and husband<br>DENNIS DURRETT, Plaintiffs | § | |
| VS. | § | NO: 6:18-CV-00568-JRG<br>(Jury) |
| WALMART, INC., Defendant | § | |

## Notice of Settlement

The undersigned attorney does hereby certify that on April 24, 2019, the parties reached an agreement and settled the above entitled and numbered cause.

_____
Nicholas S. Peacock

## *Certificate of Service*

I, Nicholas S. Peacock, hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Edward L. Merritt, Esquire                emerritt@harbourlaw.com
Jessica M. LaRue, Esquire                 jlarue@harbourlaw.com
Harbour Smith Harris & Merritt
222 N. Fredonia St.
PO Box 2072
Longview, Texas 75606

_____
Nicholas S. Peacock